[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

————————————————

No. 25-11747

Non-Argument Calendar

————————————————

ROGER SHEKAR,

Plaintiff-Appellant,

*versus*

PHH MORTGAGE CORPORATION,
d.b.a. Onity Group, Inc,
ONITY GROUP INC.,
GLEN MESSINA,
as an Individual,
SELENE HOLDINGS, LLC,
d.b.a. Selene Finance, L.P.,
PRETIUM PARTNERS, LLC, et al.,

2                    Opinion of the Court                    25-11747

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:25-cv-01227-KKM-CPT

_____

Before NEWSOM, GRANT, and LUCK, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction because it is not taken from a final or immediately appealable order.

Roger Shekar, *pro se*, appeals from the district court's May 21, 2025, order denying his motion to reconsider the denial of his motions to file documents through the court's CM/ECF system. Because the order did not dispose of any, much less all, of Shekar's claims, it is not final. *See* 28 U.S.C. § 1291; *CSX Transp., Inc. v. City of Garden City*, 235 F.3d 1325, 1327 (11th Cir. 2000). Nor is it immediately appealable under the collateral-order doctrine, as it is effectively reviewable on appeal from a final judgment. *See Acheron Cap., Ltd. v. Mukamal*, 22 F.4th 979, 989 (11th Cir. 2022). Finally, the district court declined to certify the order for immediate appeal under 28 U.S.C. § 1292(b).